

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00362-CV

| | | |
|---|---|---|
| Ronald B. "Bud" Forman, Arbors Development, LLC, and The Rosebud Development, Ltd. | § | From the 67th District Court |
| | § | of Tarrant County (67-233602-08) |
| v. | § | December 4, 2014 |
| Classic Century Homes, LTD. | § | Opinion by Justice McCoy |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We reverse the award of exemplary damages and remand this case to the trial court for recalculation of those damages. We affirm the remainder of the trial courts judgment.

It is further ordered that Appellants Ronald B. "Bud" Forman, Arbors Development, LLC, and The Rosebud Development, Ltd. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bob McCoy_____
Justice Bob McCoy